Katherine Ball
KATIE BALL, PLLC
P.O. Box 465
Eagle, Idaho 83616
Telephone: (208) 870-8072
Email: katieballpllc@gmail.com
Idaho State Bar No. 6666

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JANETH GONZALEZ, <br><br> Defendant. | Case No. 1:20-cr-00102-BLW <br><br> **UNOPPOSED SECOND MOTION TO EXTEND PRETRIAL DEADLINES AND CONTINUE PRETRIAL CONFERENCE AND TRIAL** |

Defendant Janeth Gonzalez, through her attorney of record, Katherine Ball, asks this Court to extend the pretrial motion deadlines and to continue the pretrial conference and trial for another forty-five (45) days, pursuant to 18 U.S.C. § 3161. *See also* Procedural Order (D. Idaho General Order No. 319); Fed. R. Crim. P. 12 & 45. Good cause to grant this motion exists for the reasons set forth in the Declaration of Katherine Ball. First, the parties are working on a proposed agreement in this case and counsel needs additional time to meet with her client to discuss the matter. Second, communications are more difficult because the

Defendant is detained at the Jerome County Jail and the services of an interpreter are required for every communication, including to review discovery.  Third, this Motion is not opposed by the Government or counsel for the co-defendant, German Lopez-Villasenor.  Ball Declr. ¶ 3.

This is the second motion to extend the deadlines.  *See* Order (Dkt. 27).  The presently scheduled hearings and deadlines are:

- September 7, 2020:  Pretrial motions due.

- September 24, 2020:  Pretrial conference is scheduled at 4:00 p.m.

- October 5, 2020:  Trial is scheduled to begin at 1:30 p.m.

(Dkt. 27).

Ms. Gonzalez understands her rights under the Speedy Trial Act and requests that the Court find a continuance constitutes excludable time under the Act.  Any delay should be excludable from the speedy trial deadline calculations because refusal to grant a continuance under the circumstances described below would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ."  18 U.S.C. § 3161(h)(7)(B)(iv).  Counsel submits that the interests of justice, in allowing time for counsel to effectively prepare, outweigh Ms. Gonzalez's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).  Thus, Ms. Gonzalez requests that the Court find the time between the present trial date and the new trial date is excludable time under the

Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(7)(A) & (B); D. Idaho General Order No. 360 ("All time delay caused by the continuation of any such trial in a criminal case is deemed excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) because the ends of justice served by ordering these continuances outweighs the best interest of the public and each defendant's right to speedy trial.").

For all of these reasons, Ms. Gonzalez respectfully requests this Court grant her motion and extend all deadlines and the pretrial and trial dates by at least forty-five (45) days.

DATED:  September 9, 2020.

By: /s/_____
Katherine Ball
Counsel for Defendant

## CERTIFICATE OF SERVICE

I certify that on September 9, 2020, I served a true and correct copy of the foregoing document upon the following by the method of delivery designated:

Christopher Booker  *Via CM/ECF & Email*
U.S. Attorney's Office
1290 W Myrtle St Suite 500
Boise, ID  83702
Fax:  (208) 334-1413
Email:  Christopher.Booker2@usdoj.gov

By:  /s/ _____
     Katherine Ball