Katherine Ball
KATIE BALL, PLLC
P.O. Box 465
Eagle, Idaho 83616
Telephone: (208) 870-8072
Email: katieballpllc@gmail.com
Idaho State Bar No. 6666

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JANETH GONZALEZ,<br><br>Defendant. | Case No. 1:20-cr-00102-BLW<br><br>**DECLARATION OF KATHERINE BALL SUPPORTING SECOND MOTION TO EXTEND AND CONTINUE** |

I, Katherine Ball, state

1. I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. This Court appointed me as CJA counsel to represent Defendant Janeth Gonzalez in this matter.

3. I communicated with Christopher Booker, counsel for the Government, and he has no objection to a continuance and extension of the deadlines. I also communicated with Joseph Horras, counsel for co-defendant German Lopez-Villasenor.  He also has no objection to the requested extension.

4. Discussions about possible agreements has been slowed by discovery translations and review and by Mr. Booker's trial schedule.

5. I have the discovery and met with Ms. Gonzalez last week to review the audios.  However, the discovery review process has been slowed down by the need for a Spanish language interpreter and because Ms. Gonzalez is detained in the Jerome County Jail.

6. I need additional time to meet and confer with Ms. Gonzalez about the advisability of entering a guilty plea instead of proceeding to trial so that she receives thorough and effective assistance of counsel.  A continuance of at least forty-five (45) days should provide the time necessary.

7. I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

DATED:  September 9, 2020.

By:  /s/_____
Katherine Ball
Counsel for Defendant

BALL DECLARATION RE: SECOND MOTION TO EXTEND (GONZALEZ) – Page 2

## CERTIFICATE OF SERVICE

I certify that on September 9, 2020, I served a true and correct copy of the foregoing document upon the following by the method of delivery designated:

Christopher Booker  
U.S. Attorney's Office  
1290 W Myrtle St Suite 500  
Boise, ID  83702  
Fax:  (208) 334-1413  
Email:  Christopher.Booker2@usdoj.gov  

*Via CM/ECF or Email*

By: /s/_____  
Katherine Ball